UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAMILO E. MARQUINA,

           Plaintiff,

-vs-                                        Case No. 6:06-cv-762-Orl-28KRS

TRIO MARKETING, INC.,

           Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and to Dismiss Case With Prejudice (Doc. No. 40) filed December 1, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 5, 2006 (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement agreement entered into by the parties is hereby **APPROVED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_26\_\_ day of December, 2006.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party